1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Criminal Chief

4 | TAMARA WEBER (ILBN 6270925)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3740

7 | Facsimile: (510) 637-3724
E-Mail: Tamara.Weber@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,              ) No. 4-12-70961 MAG
                                                                        )
14 |                 Plaintiff,                                )
                                                                        ) STIPULATION AND ORDER
15 |        v.                                               ) CONTINUING PRELIMINARY
                                                                        ) HEARING DATE, AND EXCLUDING
16 | ANA MENDOZA-ROMAN, and          ) TIME
       RICARDO MENDOZA-ROMAN,    )
17 |                                                               )
                Defendants.                              )
18 |                                                               )
                                                                         )
19 |

20        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

21 attorney, Tamara Weber, and the defendants through their undersigned attorneys, A.F.P.D. Joyce

22 Leavitt and Severa Keith, that the preliminary hearing or arraignment presently set for

23 September 17, 2012, be continued to September 25, 2012 at 9:30 a.m. Ms. Keith will be

24 unavailable on September 17, 2012 and most of September due to a recent hospitalization and

25 illness. The parties agree that the delay is not attributable to lack of diligent preparation on the

26 part of the attorney for the government or defense counsel. For these reasons, the parties request

27 that time under the Speedy Trial Act be excluded for failure to grant a continuance would

28 unreasonably deny the defendant continuity of counsel and the defense the reasonable time

STIPULATION AND ORDER
No. 4-12-70961 MAG

1  necessary for effective preparation, given counsel's illness and unavailability, taking into
2  account the exercise of due diligence.  Defendants also agree to waive the timing of a
3  preliminary hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal
4  Procedure 5.1.  The parties agree that the waiver covers all time between the date of this
5  stipulation and September 25, 2012.
6  IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

9  Dated: September 12, 2012                    /s/
TAMARA WEBER
Special Assistant United States Attorney

12 Dated: September 12, 2012                    /s/
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Defendant

15 Dated: September 12, 2012                    /s/
SEVERA KEITH
Attorney for Defendant

## ORDER

19   GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
20 matter now scheduled for September 17, 2012 is hereby rescheduled for September 25, 2012 at
21 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also
22 finds that failing to exclude time between September 17, 2012 and September 25, 2012 would
23 unreasonably deny the defendant continuity of counsel and the defense the reasonable time
24 necessary for effective preparation, taking into account the exercise due diligence.  18 U.S.C. §
25 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
26 between September 17, 2012 and September 25, 2012 from computation under the Speedy Trial
27 Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, it is
28 hereby ordered that the time between September 17, 2012 and September 25, 2012 shall be

excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  In addition, upon consent of the defendants, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between September 17, 2012 and September 25, 2012.

DATED: September 12, 2012

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge