1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  TAMARA WEBER (ILBN 6270925)
   Special Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3695
7        Facsimile:  (510) 637-3724
         E-Mail:     Tamara.Weber@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR12-00687 SBA
                                      )
14          Plaintiff,                )   STIPULATION AND ORDER
                                      )   EXCLUDING TIME UNDER THE
15      v.                            )   SPEEDY TRIAL ACT
                                      )
16  ANA MENDOZA-ROMAN and             )
    RICARDO MENDOZA-ROMAN,            )
17                                    )
            Defendants.                )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Tamara Weber, and the defendants through their attorneys, Severa Keith and Joyce

21  Leavitt, that time be excluded from September 25, 2012 to October 23, 2012 for effective

22  preparation of counsel.  As was stated in court on September 25, 2012 at the defendants' initial

23  appearances on an Information, the defense has received discovery from the government

24  consisting of approximately 10 CDs.  Defense counsel requires additional time to review the

25  produced discovery and conduct necessary investigation.  The parties agree that the delay is not

26  attributable to lack of diligent preparation on the part of the attorney for the government or

27  //

28  //

STIPULATION AND ORDER
No. CR12-00687 SBA

defense counsel. For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defense's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED:

Dated: September 25, 2012

/S/
SEVERA KEITH
Attorney for Defendant Ricardo Mendoza-Roman

Dated: September 25, 2012

/S/
JOYCE LEAVITT
Attorney for Defendant Ana Mendoza-Roman

Dated: September 25, 2012

/S/
TAMARA WEBER
Special Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court finds that failing to exclude the time between September 25, 2012 and October 23, 2012 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 25, 2012 and October 23, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between September 25, 2012 and October 23, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 25, 2012

HONORABLE DONNA M. RYU
United States Magistrate Judge