SEVERA KEITH
LAW OFFICES OF SEVERA KEITH
179 11th Street, Second Floor
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 865-0376 - Facsimile

Attorney for Defendant
RICARDO MENDOZA-ROMAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANA MENDOZA-ROMAN, and<br>RICARDO MENDOZA-ROMAN<br><br>Defendant. | No. CR 12-00687 SBA<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE ENTRY OF PLEA UPON CONSENT** |

    The defendants, through their attorneys, Severa Keith and Joyce Leavitt, and the government through Assistant U.S. Attorney Christina McCall, hereby apply for an order continuing the currently set hearing for Entry of Plea upon Consent from March 12, 2013 to March 13, 2013, at 9:30 a.m.

//

*Mendoza-Roman: Stipulation & Proposed Order to Continue Entry of Plea upon Consent*
CR12-00687 SBA

1

This request is being made because attorneys for both defendants are unavailable on March 12, 2013, due to previously-set court hearings. Attorneys for all parties are available on March 13, 2013.

Dated: March 4, 2013

_____/s/_____
CHRISTINA M. McCALL
Assistant United States Attorney
Counsel for United States

_____/s/_____
JOYCE LEAVITT
Counsel for Defendant,
Ana Mendoza-Roman

_____/s/_____
SEVERA KEITH
Counsel for Defendant,
Ricardo Mendoza-Roman

## **ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the hearing on Entry of Plea upon Consent in the above-captioned matter be continued from March 12, 2013 to March 13, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: March  5 , 2013            _____
                                  HONORABLE KANDIS A. WESTMORE
                                  United States Magistrate Judge

*Mendoza-Roman: Stipulation & Proposed Order to Continue Entry of Plea upon Consent*
CR12-00687 SBA