MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-687 SBA |
|    Plaintiff, ) | STIPULATED REQUEST TO SET ACCEPTANCE OF PLEA AND SENTENCING ON APRIL 12, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ANA MENDOZA-ROMAN, ) RICARDO MENDOZA-ROMAN, ) | |
|    Defendants. ) | |

      The parties reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and submitted the proposed plea agreement to the Court.  To allow time for the Court to consider the proposed plea agreement and for the United States Probation Office finalize pre-plea Presentence Investigation Report by, the parties request that this matter be set on April 12, 2013 at 10:00 a.m. for acceptance of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court).  Defendants agree that the Court may review the pre-plea Presentence Investigation Report even though they have not yet pleaded guilty.  Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between the date of this stipulation and April 12, 2013 should be excluded under

STIP. REQ. TO SET SENTENCING ON APRIL 12 & TO EXCLUDE TIME
No. CR-12-687 SBA

the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendants and the attorney for the government. The assigned United States Probation Officer is available on April 12.

DATED: March 8, 2013

/s/_____
CHRISTINA M. McCALL
Assistant United States Attorney
Counsel for United States

/s/_____
JOYCE LEAVITT
Attorney for Ana Mendoza-Roman

/s/_____
SEVERA KEITH
Counsel for Ricardo Mendoza-Roman

    The parties requested that time be excluded under the Speedy Trial Act between the date of this stipulation and April 12, 2013 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

    **IT IS HEREBY ORDERED** that this matter is set for acceptance of plea and sentencing on April 12, 2013 at 10:00 a.m. , and that time between the date of this stipulation and April 12, 2013 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED:__3/8/13

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge